UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Philip Ducharme

        v.                  Civil No. 07-cv-63-JM

VPA, Inc.

ORDER OF DISMISSAL

In accordance with the provisions of Local Rule 41.1, as neither an agreement for judgment nor a stipulation for dismissal has been filed, this case is herewith dismissed with prejudice.

SO ORDERED.

May 14, 2007                      /s/ James R. Muirhead
                                                  James R. Muirhead
                                                  United States Magistrate Judge

cc:    Richard Walsh, Esq.
        John-Mark Turner, Esq.